## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) LUCKY D. WILSON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>(1) LADY DI FOOD GROUPS, HOLDING )<br>LLC, dba ZAXBY'S, a Foreign Limited )<br>Liability Company, )<br>)<br>Defendant. ) | Case No. 5:16-cv-1424-D |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2), all parties to this action stipulate that this action, including counterclaims, is to be dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ Terry A. Hall
Terry A. Hall, OBA #10668
HALL, NALLY & HOLLOWAY, PLLC
PO Box PO Box 283
1530 N Harrison
Shawnee, Oklahoma 74804
(405) 260-9329
(405) 260-9330 (facsimile)
thall@okhnhlaw.com

ATTORNEYS FOR PLAINTIFF

1

/s/ Johnathan L. Rogers
Johnathan L. Rogers
Michael J. Lissau
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
320 S. Boston Ave., Suite 200
Tulsa, OK 74103-3706
jrogers@hallestill.com
mlissau@hallestill.com
(signed by filing attorney with
permission of Defendant's attorney)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that on the 5th day of September, 2017 I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: Johnathan L. Rogers; Michael J. Lissau.

/s/ Terry A. Hall